Delgado Quinde v. Garland

BIA
Laforest, IJ
A206 065 777

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand twenty-two.

PRESENT:
> RAYMOND J. LOHIER, JR.,
> WILLIAM J. NARDINI,
> STEVEN J. MENASHI,
> *Circuit Judges.*

_____

PABLO ENRIQUE DELGADO QUINDE,
> *Petitioner,*

v.                                              20-749
                                                NAC

MERRICK B. GARLAND, UNITED STATES ATTORNEY GENERAL,
> *Respondent.*

_____

FOR PETITIONER:           Michael Borja, Esq., Borja Law
                          Firm, P.C., Jackson Heights, NY.

FOR RESPONDENT:           Brian Boynton, Acting Assistant
                          Attorney General; Anthony P.
                          Nicastro, Assistant Director;

Timothy Bo Stanton, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, DC.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Pablo Enrique Delgado Quinde, a native and citizen of Ecuador, seeks review of a January 31, 2020, decision of the BIA affirming a June 10, 2019, decision of an Immigration Judge ("IJ") denying his motion to reopen. *In re Pablo Enrique Delgado Quinde*, No. A206 065 777 (B.I.A. Jan. 31, 2020), *aff'g* No. A206 065 777 (Immigr. Ct. N.Y. City June 10, 2019). We assume the parties' familiarity with the underlying facts and procedural history.

We generally review the BIA's denial of a motion to reopen for abuse of discretion. *See Jian Hui Shao v. Mukasey*, 546 F.3d 138, 168-69 (2d Cir. 2008). The BIA may deny a motion to reopen if "the movant has not established a prima facie case for the underlying substantive relief sought." *INS v. Abudu*, 485 U.S. 94, 104 (1988). Here, the BIA

2

concluded that Quinde had not established his prima facie eligibility for cancellation of removal and, thus, could not show the prejudice required to state a claim of ineffective assistance of counsel. The BIA relied solely on the fact that Quinde had not submitted evidence that his removal would cause his U.S. citizen child "exceptional and extremely unusual hardship" as required for cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1)(D). Quinde has abandoned review of the BIA's decision because he does not challenge this hardship finding. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1, 545 n.7 (2d Cir. 2005) (petitioner abandons issues and claims not raised in his brief). Moreover, as the BIA found, Quinde did not submit any evidence regarding hardship to his U.S. citizen son.

For the foregoing reasons, the petition for review is DENIED. All pending motions and applications are DENIED and stays VACATED.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court

3